AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Robert Schopf)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
| v. | ) |
| GONZALO HERNANDEZ-ROQUE | ) Case No. 25-mj-634 |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gonzalo Hernandez-Roque                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit.

Date: _____

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2025.03.25 13:21:13 -04'00'
*Issuing officer's signature*

City and state:   Allentown, Pennsylvania

Honorable Pamela A. Carlos, U.S.M.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/25/25, and the person was arrested on *(date)* 3/25/25
at *(city and state)* Philadelphia, PA.

Date: 3/25/25

[signature]
*Arresting officer's signature*

E. Coxhead, SPDO
*Printed name and title*